```
TOWNSEND AND TOWNSEND AND CREW LLP
Daniel J. Furniss (State Bar No. 73531)
A. James Isbester (State Bar No. 129820)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: djfurniss@townsend.com
       jisbester@townsend.com

Attorneys for specially appearing defendant
Wi-LAN, Inc.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCOM CORPORATION and ATHEROS COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WI-LAN, INC., <br><br> Defendant. | Case No. C 08-CV-5543 EMC <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Specially appearing defendant Wi-LAN, Inc., by and through its counsel, requests that defendant's time to answer or otherwise respond to the complaint herein be extended until February 2, 2009.

This stipulated request is made on the grounds that defendant requires the additional time in which to prepare an appropriate response. The complaint in this case was filed on December 10, 2008. Defendant's time to respond to the complaint has not been previously extended by order or stipulation. Neither Plaintiff Broadcom Corporation nor Atheros Communications, Inc. opposes defendant's requested extension.

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT                                                                                          - 1 -
CASE NO. C 08-CV-5543 EMC
Dallas 270376v1

So stipulated,

Dated: December 31, 2008          TOWNSEND AND TOWNSEND AND CREW LLP


                                  By:      /S/
                                       ─────────────────────────────
                                       A. James Isbester (SBN 129820)
                                       Email: jisbester@townsend.com
                                       TOWNSEND AND TOWNSEND AND
                                          CREW LLP
                                       Two Embarcadero Center Eighth Floor
                                       San Francisco, CA 94111
                                       Telephone: (415) 576-0200
                                       Facsimile: (415) 576-0300

                                       Attorneys for specially appearing defendant
                                       Wi-LAN, Inc.

Dated: December 31, 2008          LATHAM & WATKINS, LLP


                                  By:      /S/
                                       ─────────────────────────────
                                       Eli T. Ticatch (SBN 234108)
                                       Eli.ticatch@lw.com
                                       Latham & Watkins, LLP
                                       650 Town Center Drive, 20th Floor
                                       Orange County, California 92626-1925
                                       Telephone: (714) 540-1235
                                       Facsimile: (714) 755-8290

                                       Attorneys for plaintiff Broadcom Corporation

Dated: December 31, 2008          REED SMITH, LLP

                                  By:      /S/
                                       ─────────────────────────────
                                       Jonah D. Mitchell
                                       jmitchellsbaker@reedsmith.com
                                       Reed Smith LLP
                                       Two Embarcadero Center, Suite 2000
                                       San Francisco, California 94111
                                       Telephone: (415) 543-8700
                                       Facsimile: (415) 391-8269

                                       Attorneys for Atheros Communications, Inc.

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT                                                                    - 2 -
CASE NO. C 08-CV-5543 EMC

Dallas 270376v1

Upon the parties' stipulation, and good cause appearing therefor, it is **SO ORDERED**.

Dated: 1/5/09 , 2008        By: _____

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT
CASE NO. C 08-CV-5543 EMC

- 3 -

Dallas 270376v1